AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 02, 2026

SEAN F. McAVOY, CLERK

MICHAEL GORDON, individually, and on behalf of all other similarly situated,

*Plaintiff*

v.

T.R.A. INDUSTRIES INC. d/b/a HUNTWOOD INDUSTRIES,

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:25-CV-0371-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .
_____

☑ other:   All claims and causes of action in this matter are DISMISSED without prejudice and without costs or fees to any party. Judgment of Dismissal is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date:   6/2/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*